Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Orlando Division

Plaintiff(s): Harley Atrejn, #983095

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): Ricky Dixon, Sec'y of FDC

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:24-cv-1473-GAP-EJK
(to be filled in by the Clerk's Office)

LEGAL MAIL
Provided to Wakulla CI
SEP 0 4 2024
for mailing

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Harley Hrejn
   All other names by which you have been known: David Tennant, Drew Rayne
   ID Number: #983295
   Current Institution: Wakulla C.I.
   Address: 110 Melaleuca Dr.
   Crawfordville, FL 32327
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Ricky Dixon
   Job or Title (if known): Secretary, Florida Dep't. of Corrections
   Shield Number: - Unknown -
   Employer: Florida State
   Address: 501 S. Calhoun St.
   Tallahassee, FL
   City / State / Zip Code
   ☐ Individual capacity    ☑ Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   ☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

_____ _____ _____
City                State              Zip Code

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

_____ _____ _____
City                State              Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment Eight, Cruel and Unusual Punishment
Amendment Fourteen, Equal Protection/Treatment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

FDC regulations and custom is to house inmates based solely on their physical sex assigned at birth not by safety standards or P.R.E.A. standards. Other inmates across the nation diagnosed as gender dysphoric are housed based on gender identity and are safe and there have been no problems. P.R.E.A. and the Bureau of prisons consider the inmate's concerns for safety when housing transgender inmates. Ms. Hrejn also has a very feminine body even with clothes on.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Avon Park C.I. and Wakulla C.I. (Currently)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur? Actually, they began when Plaintiff came to prison. However, Ms. Hrejsa has spent the past 3 years on hormones which have caused her to develop female traits visible even when dressed: i.e., breasts, hips and buttocks. These have developed fully by Dec. 2022. Her complaints of victimization and grievances for transfer to a proper female facility began in early 2023.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) — Please see original complaint. — While at Avon Park C.I. Plaintiff was not allowed to do many things due to bullying by inmates because of her gender identity, transgender status and feminine appearance. Bullying was not stopped by staff. In some instances it seemed instigated. Ms. Hrejsa complained to no avail. Gang members run the male prison system and FDC has no control of it. While at Avon Park Ms. Hrejsa was constantly sexually assaulted and even raped once. Since confinement is unbearable torture on ad inmates such as Ms. Hrejsa, she refused to report the isolated incident. She had even more fear of retaliation from the inmates. — See attached continuation —

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Ms. Hrejsa has been raped, beat up, robbed, extorted, assaulted... you name it. It has worsened her anxiety and depression to such a point she's addicted to mutilating herself to medicate. She has developed severe PTSD and has isolated herself to such a point even calling home once a week is difficult. The psychological damage is irreparable. The continued abuse is going to drive Ms. Hrejsa to suicide. She lives in fear of the men and predators she's forced to live with and fear of the employees and confinement at male facilities.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Staff at female facilities are trained to deal with women with traumatic pasts; unlike male facilities. Staff respect the women inmates and those inmates do not bully as much as males. Female prisons have their share of violence and crime but, male facilities are 50 times worse. In California, Illinois, Massachusetts, Wisconsin, Virginia and other states transgender inmates are housed according to their gender identity as opposed to sex assigned at birth. This has been successful in properly treating and safely housing gd inmates. P.R.E.A. standards require prisons to consider ad inmates concerns for safe housing. FDC policy requires this as well but FDC customarily refuses to do so. Ms. Hrejsa is denied being housed at a female facility due to her sexual assignment This is sex discrimination by every definition. Ms. Hrejsa's genitalia are not and cannot be seen at all times. The rest of her body is Lack of privacy only increases the unsafe conditions due in that female appearance. Ms. Hrejsa wishes to be housed at a female

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Avon Park C.I.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of them

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At Avon Park first in 2022.
At Wakulla C.I. in 2024

2. What did you claim in your grievance?

That I would be safer at a female facility where I will not be victimized as I am at male facilities due to my gender identity and female appearance and that any denial of my request would be discrimination based on sex and gender identity in violation of the U.S. constitution and P.R.E.A. Standards as well as FDC policy & Florida State Law

3. What was the result, if any? Avon Park C.I. staff initially denied all grievances w/ ridiculous and unequal replies. Both Avon Park and Wakulla base my housing solely on assigned sex at birth exercising sexual discrimination.
All grievances have been denied, subjecting Ms. Hrejn to constant prejudices, bullying and victimization.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Ms. Hrejn grieved informally to Avon Park security then to their administrative staff (wardens) and finally to the Secretary, FDC in Tallahassee. These grievances were renewed when she was transferred to Wakulla C.I. where victimization is even worse since Wakulla is a "transgender camp" housing predators that have manipulated the system to be housed with inmates such as Ms. Hrejn.

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

All grievances have been filed or exhausted.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

While grievance processes have been exhausted, staff have been verbally warned and begged only for Ms. Hrejn to be ignored or denied.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Ms. Hrejn filed a complaint already, but did not use this form. Grievances were attached to that complaint. This is being filled out per court order. Please see grievances attached to that complaint. -Grievances have been attached to the original complaint

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Harley Strejn
   Defendant(s) Ricky Dixon

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Middle Dist., I believe. May have been Northern.

3. Docket or index number
   4:23-cv-00296-WS-MAF

4. Name of Judge assigned to your case
   Fitzpatrick

5. Approximate date of filing lawsuit
   Approximately May 2023

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. Approx. August (?) 2023

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Dismissed. (Plaintiff forgot about 2254 filed in 2017/2018. Judge Fitzpatrick recused himself from the new case because he oversaw the 2254 and denied it. He recommended dismiss due to Plaintiff's error and the Magistrate did so.) No judgement entered. No appeal due to lack of funds (IP denied.)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Drew Rayne / Harley Hrejo_
   Defendant(s) _Ricky Dixon_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _(Middle Dist.) 2254 in 2018(?)_
   _Southern District Court + Leon Cty. Court (2nd Dist.)_

3. Docket or index number
   _Unknown - Unknown - Unknown_

4. Name of Judge assigned to your case _(Middle Dist.) Judge Fitzpatrick_
   _(Southern Dist.) Judge Cooke (Leon Cty.) Judge Sostron_

5. Approximate date of filing lawsuit _(Southern Dist) Approx. December 2020 (?)_
   _(Leon Cty.) Approx. May 2023 (?) (Originally filed in 4th x)_

6. Is the case still pending?
   ☑ Yes → Southern Dist. dismissed April (?) 2023
   ☑ No → Leon Cty. Pending still
   → Middle Dist. Denied and Dismissed
   If no, give the approximate date of disposition _Unknown_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _Middle - ~~Dismissed~~ Denied tried to appeal / denied_
   _Southern - Dismissed tried to appeal / denied_
   _Leon Cty. - Pending_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/3/24

Signature of Plaintiff: _[signature]_
Printed Name of Plaintiff: Harley Trejo #983295
Prison Identification #: #983295
Prison Address: 110 Melaleuca Dr.
Crawfordville, FL 32327

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

## Section IV. (D) Continued...

1. Ms. Hrejn continued complaining about the bullying and was told to "write it up" or "this is prison. Deal with it." Once in confinement an officer put Ms. Hrejn on "the loaf" - a disgusting meal consisting of god only knows what that is totally inedible - stating Ms. Hrejn threw a tray when she declined to accept that tray because she did not eat peanut butter. Staff continually ignored her pleas for help and transfer and regularly insulted her with derogatory names and statements such as "fag", "punk", "transformer", "deceptacon", etc. While their policy instructs staff to use "gender neutral forms of address" they insist on using "Mr.", "him" and "he".

2. Gender Dysphoria is known to cause suicide when not properly treated yet, staff at both Avon Park and Wakulla - a psychiatric/transgender facility - have told Ms. Hrejn, "just kill yourself!"

3. Sexual predators manipulate the system by saying they're gender dysphoric so they can prey on girls like Ms. Hrejn. Transgenders are isolated at 4 facilities: Dade C.I., Wakulla C.I., Avon Park C.I. and Lake C.I. While the last 2 only accept up to 20 transgender inmates each, the first two house hundreds of them, most of which a predators. Those predators are permitted to be housed at these facilities and in the very rooms with the real transgender inmates.

4. At Avon Park staff even witness the bullying and threats Ms. Hrejn endured and did nothing. At Wakulla a sergeant moved Ms. Hrejn's roommate to another room and housed a known, registered sexual predator in her room in retaliation of her continually writing that sergeant up for bullying transgender inmates.

5. At Avon Park Ms. Hrejn was raped once and almost raped a second time. At Wakulla she was sexually attacked but defended herself enough that the attacker wound up robbing her instead. She'd been robbed 5 times and told if she snitched she'd be stabbed. Another inmate forced her to allow him to masterbait to her to ward off future attacks.

- 9 -

6  Conditions of confinement are so cruel and inhumane, most weak inmates such as Ms. Hrejn can't handle it. Combined with gender dysphoria its impossible. Without being able to shave, wear her own clothes or even brush her hair increases depression and anxiety to the point of self-mutilation and suicide ideation; symptoms that are already present in Ms. Hrejn's psyche.

7  Confinement is also nearly completely unsupervised and inmates cannot be seen by staff while locked in their cells. Ms. Hrejn was forced to do a sexual act once by her cellmate while in confinement at Avon Park. She was moved the next day.

8  Due to the conditions of confinement and the fear of inmate retaliation, Ms. Hrejn will not report these attacks. Any P.R.E.A. claim puts the reporting inmate in confinement for no less than 30 days for an investigation. Many claims are denied. Twice she made reports and twice she was placed in confinement then released back to the compound. Reporting any kind of attack jeopardizes her life and safety while in prison at a male facility.

9  Ms. Hrejn has endured these types of attacks since she came to prison. Ever since FDC began labeling "transgenders" and isolating us it became worse. Ever since Ms. Hrejn began looking more like a woman than a man it has become unbearable and unsafe. This type of behavior does not happen at female facilities.

10  It should also be noted that the hormones Ms. Hrejn has been taking for nearly 3 years have weakened her body to that of a woman. This, too, makes her susceptible to being a victim of a crime and too weak to defend herself from a man.