UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARLEY HREJN,
a/k/a Drew Rayne
a/k/a David Tennant,
D.O.C. # 983295,
    Plaintiff,

vs.                                            Case No.:  4:24cv382/MCR/MAF

RICKY DIXON,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 13, 2024. (Doc. 34). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 34) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** as malicious pursuant to 28 U.S.C §§ 1915(e)(2)(B)(i) and 1915A. The dismissal counts as a "strike" pursuant to 28 U.S.C § 1915(e)(2)(B)(i).

3. The Clerk of Court is directed to enter judgment stating, "This case is dismissed without prejudice pursuant to 28 U.S.C § 1915(e)(2)(B)(i)" and close this case.

**DONE AND ORDERED** this 31st day of January 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**